IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Holifield, Craig

Printed: 12/13/07

Case Number: 07 B 13796
Judge: Wedoff, Eugene R
Filed: 8/1/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: October 25, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,489.00 | 0.00 |
| 2. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | Illinois Title Loans | Secured | 925.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 2,872.00 | 0.00 |
| 5. | Ocwen Loan Servicing LLC | Secured | 9,056.00 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 257.27 | 0.00 |
| 7. | AT&T Wireless | Unsecured | 220.64 | 0.00 |
| 8. | Capital One | Unsecured | 2,013.60 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 337.34 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 490.42 | 0.00 |
| 11. | B-Real LLC | Unsecured | 1,227.40 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 1,742.17 | 0.00 |
| 13. | Nicor Gas | Unsecured | 467.18 | 0.00 |
| 14. | Internal Revenue Service | Priority | | No Claim Filed |
| 15. | Asset Acceptance | Unsecured | | No Claim Filed |
| 16. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 17. | Cardiac Consulting Group | Unsecured | | No Claim Filed |
| 18. | Collection Company Of America | Unsecured | | No Claim Filed |
| 19. | CBCS | Unsecured | | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 23. | I C Systems Inc | Unsecured | | No Claim Filed |
| 24. | KCA Financial Services | Unsecured | | No Claim Filed |
| 25. | LVNV Funding | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Holifield, Craig

Printed: 12/13/07

Case Number: 07 B 13796
Judge: Wedoff, Eugene R
Filed: 8/1/07

| | | | | |
|---|---|---|---|---|
| 26. | Transworld Systems Inc | Unsecured | | No Claim Filed |
| 27. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 23,098.02 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_ _____